1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

FLOYD SCOTT,

12

Plaintiff,

13

v.

14

ADVENTIST HEALTH BAKERSFIELD, et al.,

15

16

Defendants.

Case No. 1:22-cv-01334-ADA-CDB

ORDER ON PLAINTIFF'S MOTION FOR A STATUS REPORT

(ECF No. 5)

17

18    Plaintiff Floyd Scott ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights

19  action brought pursuant to 42 U.S.C. § 1983.  (ECF No. 1 at 1).  On October 19, 2022, Plaintiff

20  filed a motion to proceed *in forma pauperis*.  (ECF No. 2).  On October 25, 2022, the Court

21  granted Plaintiff's motion to proceed *in forma pauperis* but did not direct that service be

22  undertaken until the Court screened the complaint in due course and issued a screening order.

23  (ECF No. 3).

24    On November 29, 2022, the Court issued a screening order dismissing without prejudice

25  Plaintiff's complaint with leave to file a first amended complaint.  (ECF No. 4).  The Court

26  dismissed Plaintiff's complaint for failing to demonstrate the Defendants' alleged constitutional

27  deprivations were attributable to the state.  *Id*.  The Court granted Plaintiff thirty days from the

28

date of service of the order to file a first amended complaint, curing if able, the deficiencies identified by the Court.  *Id*.

On December 8, 2022, Plaintiff filed a motion for a status report inquiring about the Court's screening of his complaint.  Accordingly, it is HEREBY ORDERED:

1. The Clerk of Court is directed to provide Plaintiff another copy of the screening order dismissing without prejudice Plaintiff's complaint with leave to file a first amended complaint (ECF No. 4);

2. Plaintiff shall be provided an additional seven days to file a first amended complaint. The amended complaint must be filed by January 5, 2023;

3. If Plaintiff fails to file a first amended complaint in compliance with the Court's screening order, the Court will recommend to the district judge that this action be dismissed, with prejudice, for failure to obey a court order, failure to prosecute and for failure to state a claim.

IT IS SO ORDERED.

Dated:   **December 12, 2022**

_____
UNITED STATES MAGISTRATE JUDGE

2