## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**FLOYD SCOTT,**

CASE NO: **1:22–CV–01334–KES–CDB**

v.

**ADVENTIST HEALTH BAKERSFIELD, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 10/22/2024**

**Keith Holland**
Clerk of Court

ENTERED: **October 22, 2024**

by: /s/ E. Flores
Deputy Clerk